UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and UL LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SHENZHEN YIDASHENG TRADING CO., LTD., a Chinese corporation; GUANGZHOU ZIXINHAO ELECTRONIC TRADING CO., LTD., a Chinese corporation; SHENZHEN JIECHENG TIMES TECHNOLOGY CO., LTD., a Chinese corporation; PENG GUANGWEN, an individual; LUO TIECHENG, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:25-cv-02471<br><br>**NOTICE OF COUNTERFEIT ENFORCEMENT ACTION** |

**NOTICE OF COUNTERFEIT ENFORCEMENT ACTION**

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and UL LLC notify the Court that this case is a Counterfeit Enforcement Action subject to General Order 03-23. Under that General Order, the assigned District Judge may refer the action to Magistrate Judges Hon. Michelle L. Peterson, Hon. Brian A. Tsuchida, or Hon. S. Kate Vaughan to handle all issues related to service.

NOTICE OF COUNTERFEIT ENFORCEMENT ACTION - 1

DATED this 5th day of December, 2025.

                DAVIS WRIGHT TREMAINE LLP
                *Attorneys for Plaintiffs*

                */s/ Scott Commerson*
                Scott Commerson, WSBA #58085
                350 South Grand Avenue, 27th Floor
                Los Angeles, CA 90071-3460
                Tel: (213) 633-6800
                Fax: (213) 633-6899
                Email: scottcommerson@dwt.coM